UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-02410-RGK-JEM | Date | April 01, 2019 |
|---|---|---|---|
| Title | *Alex Rivera, et al. v. Kristjen Nielsen, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Plaintiffs' Ex Parte Application for Temporary Restraining Order (DE 4)**

On March 29, 2019, plaintiffs Alex Rivera and Cristina Ibarra ("Plaintiffs") filed an *ex parte* application for temporary restraining order ("TRO") (DE 4). Plaintiffs produced a film called *The Infiltrators*, which depicts the anti-immigration advocacy work of Argentinian immigrant Claudio Rojas ("Rojas"). Rojas has lived in the United States since 2000. In 2010, Rojas received an order of removal; he was detained in 2012. Immigration and Customs Enforcement ("ICE") then granted Rojas an order of supervision authorizing him to remain in the country. Since 2012, Rojas collaborated with Plaintiffs on *The Infiltrators*. He has since been invited to speak at several film festivals screening Plaintiffs' film. But on February 27, 2019, ICE arrested and detained Rojas for deportation.

Plaintiffs now request a TRO prohibiting defendants Kristjen Nielsen, William Barr, and Ronald Vitiello ("Defendants") from deporting Rojas, thereby preventing Rojas from personally attending and speaking at events associated with Plaintiffs' film.

Plaintiffs request the TRO on an *ex parte* basis because they received information indicating that Rojas "will be deported as early as March 30." (Pls.' App. 1:7, ECF No. 4.) But Plaintiffs' information is second-hand, at best. (*See* Lai Decl. ¶¶ 3–5, ECF No. 4-1.) At this time, the Court has not been presented with non-hearsay facts alleging that Rojas' deportation is set to occur on a specific date in the immediate future. Accordingly, there is no clear emergency basis warranting *ex parte* relief. *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:19-cv-02410-RGK-JEM | Date | April 01, 2019 |
|---|---|---|---|
| Title | *Alex Rivera, et al. v. Kristjen Nielsen, et al.* | | |

For the foregoing reasons, the Court **DENIES** Plaintiffs' TRO **without prejudice**.

**IT IS SO ORDERED.**

: _____

Initials of Preparer  _____